988

Kenneth E. CLAYTON–KENNEDY, Appellant, v. UNITED STATES of America, Appellee.

No. 3474.

Circuit Court of Appeals, Fourth Circuit.

June 15, 1933.

Simeon T. Flanagan, of New York City, for appellant.

Simon E. Sobeloff, U. S. Atty., and Cornelius Mundy, Asst. U. S. Atty., both of Baltimore, Md.

PER CURIAM.

Case dismissed, on motion of appellee. Order filed.

C. A. COCHRAN v. COMMISSIONER OF INTERNAL REVENUE.

No. 6612.

Circuit Court of Appeals, Sixth Circuit.

Nov. 8, 1933.

E. B. Prettyman, Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., for respondent.

PER CURIAM.

Docketed and dismissed pursuant to motion of respondent.

Arthur C. COLVIN and Isaac E. Colvin v. UNITED STATES of America.

No. 6405.

Circuit Court of Appeals, Sixth Circuit.

May 18, 1933.

John J. Smolenski, of Grand Rapids, Mich., and Floyd Cone, of Belding, Mich., for appellants.

F. C. Wetmore, U. S. Atty., of Grand Rapids, Mich.

PER CURIAM.

Judgment of District Court affirmed.

COMMERCIAL CREDIT COMPANY, Appellant, v. DOEHLER DIE CASTING COMPANY, Appellee.

No. 3485.

Circuit Court of Appeals, Fourth Circuit.

June 7, 1933.

Lauchheimer & Lauchheimer and Charles McH. Howard, all of Baltimore, Md., for appellant.

Janney, Ober & Williams and Albert E. Donaldson, all of Baltimore, Md., for appellee.

PER CURIAM.

Case dismissed under rule 20, by agreement of attorneys.